N/S

1  Name: Paul Armstrong
2  Address: 6342 Reubens Hunt-
3  ington Beach CA
4  Phone: (714) 496-6113
5  Fax:
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2022
CENTRAL DISTRICT OF CALIFORNIA
BY  DTA  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Paul Armstrong
                    Plaintiff

v.

Small Business Administration.
        SBA
                    Defendant(s).

CASE NUMBER:
8:22cv00273-JVS-DFMx
To be supplied by the Clerk of
The United States District Court

The SBA approved and tried to distribute $15,000k in EIDL funds. There was a banking transaction error and the funds never came through. I have called and emaild over a dozen times in the past 6 months but the issue has not been resolved.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT